IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00603-RPM

JEFFREY LINDBERG, a Colorado resident,

 Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,
 Defendant.

ORDER SETTING SCHEDULING CONFERENCE

 Pursuant to D.C.COLO.LCivR 16, it is

 ORDERED that a scheduling conference will be held on **May 18, 2007, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 18th and Stout Streets, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at **http://www.cod.uscourts.gov/judges frame.htm** (Judge Richard P. Matsch Procedures) and use the format provided with those instructions.  The proposed order, original and one copy, on paper, shall be submitted directly to chambers by **May 10, 2007.**

 Dated: March 28th, 2007

 BY THE COURT:

 s/Richard P. Matsch

 _____
 Richard P. Matsch, Senior District Judge