IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00603-RPM

JEFFREY LINDBERG, a Colorado resident,

    Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Defendant.

---

ORDER GRANTING MOTION TO AMEND SCHEDULING ORDER

---

Upon consideration of the unopposed Motion to Amend Scheduling Order [12] filed on November 13, 2007, it is

ORDERED as follows:

1. The parties have until December 20, 2007, for rebuttal experts.

2. The parties are granted an extension to and including January 31, 2008, to complete mediation.

3. The discovery deadline is extended to and including January 31, 2008.

Dated: November 14th, 2007

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge