IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  07-cv-00603-RPM

JEFFREY LINDBERG, a Colorado resident,

        Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

        Defendant.

_____

ORDER SETTING PRETRIAL CONFERENCE

_____

        The Court having determined that a pretrial conference should now be set, it is

        ORDERED that a pretrial conference is scheduled for **May 15, 2008, at 10:00**

**a.m.** in the Conference Room, Second Floor, the Byron White United States

Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with

the Instructions for Preparation and Submission of Final Pretrial Order which may be

found at **www.cod.uscourts.gov/judges_frame.htm**.  The proposed Final Pretrial

Order, original only, shall be delivered in paper form directly to chambers by **4:00 p.m.**

on **May 8, 2008.**  The conference is conducted with counsel only and no parties or

representatives of parties will be permitted to attend.

        Dated: April 1st, 2008

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch, Senior District Judge