IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 07-cv-00603-RPM

JEFFREY LINDBERG, a Colorado resident,

    Plaintiff,

vs.

NATIONWIDE MUTUAL INSURANCE COMPANY, an Ohio corporation,

    Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the Stipulation for Dismissal with Prejudice [16], filed on April 2, 2008, it is

ORDERED that this case is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: April 3rd, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior District Judge